# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

TROY REGINALD MIDDLETON

FILED
ASHEVILLE, N.C.

FEB 03 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:19-cr-103

Fredilyn Sison
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to lesser included offense of Count 1

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 18 USC 113(a)(5) | Simple assault within special maritime or territorial jurisdiction | 01/23/2019 | Lesser included offense of Count 1 |

☒ Count 2 is dismissed on the motion of the United States.

**IMPOSITION OF SENTENCE:**
That the defendant be imprisoned for 90 DAYS.
That the defendant is allowed to self report as directed by the U. S. Marshal.
All monies STRICKEN

Date of Imposition of Sentence: 2/3/2020

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal